PHILLIP A. TALBERT
United States Attorney
ELLIOT WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| MAHDI ZIAREH JAZIREH, ET AL, | CASE NO. 2:23-CV-00748-KJM-KJN |
|---|---|
| Plaintiffs, | STIPULATION AND ORDER FOR TEMPORARY ABEYANCE |
| v. | |
| ALEJANDRO MAYORKAS, ET AL., | |
| Defendants. | |

    The Defendants respectfully request to hold this case in temporary abeyance through January 9, 2024, and counsel for Plaintiffs does not oppose. In this case, Plaintiff alleges that U.S. Citizenship and Immigration Services ("USCIS") has unreasonably delayed scheduling an interview on his pending asylum application, which he filed in November 2016. USCIS has scheduled Plaintiff's asylum interview for September 11, 2023. The parties anticipate that this lawsuit will be rendered moot once USCIS completes its adjudication of Plaintiff's application, and USCIS will endeavor to do so within 120 days of the completion of the interview.

    The parties therefore stipulate that this matter be held in temporary abeyance through January 9, 2024. The parties further request that all other filing and case management deadlines be similarly vacated.

Respectfully submitted,

1

Dated: July 18, 2023

PHILLIP A. TALBERT
United States Attorney

By: /s/ ELLIOT C. WONG
ELLIOT C. WONG
Assistant United States Attorney

/s/ DOUGLAS M. LEHRMAN
DOUGLAS M. LEHRMAN
Counsel for Plaintiff

ORDER

It is so ordered. This matter is held in temporary abeyance through January 9, 2024, and all other filing and case management deadlines are similarly vacated.

DATED: July 19, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE