```
PHILLIP A. TALBERT
United States Attorney
ELLIOT WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900
```

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAHDI ZIAREH JAZIREH, ET AL,<br><br>                 Plaintiffs,<br><br>v.<br><br>ALEJANDRO MAYORKAS, ET AL.,<br><br>                 Defendants. | CASE NO. 2:23-CV-00748-KJM-KJN<br><br>STIPULATION AND ORDER TO EXTEND TEMPORARY ABEYANCE |

      By previous order, the Court held this case in temporary abeyance through January 9, 2024. (ECF 7.) The Defendants respectfully request to extend the temporary abeyance through March 9, 2024, and counsel for Plaintiffs does not oppose. In this case, Plaintiff alleges that U.S. Citizenship and Immigration Services ("USCIS") has unreasonably delayed scheduling an interview on his pending asylum application, which he filed in November 2016. USCIS held Plaintiff's asylum interview on September 11, 2023. The parties anticipate that this lawsuit will be rendered moot once USCIS completes its adjudication of Plaintiff's application, and USCIS will endeavor to do so within the further 60 days extension of the temporary abeyance.

///

///

1

The parties therefore stipulate that this matter be held in temporary abeyance through March 9, 2024.  The parties further request that all other filing and case management deadlines be similarly vacated.

Respectfully submitted,

Dated:  December 18, 2023

PHILLIP A. TALBERT
United States Attorney

By:  /s/ ELLIOT C. WONG
ELLIOT C. WONG
Assistant United States Attorney

/s/ DOUGLAS M. LEHRMAN
DOUGLAS M. LEHRMAN
Counsel for Plaintiff

ORDER

It is so ordered.  This matter shall continue to be held in temporary abeyance through March 9, 2024.  All other filing and case management deadlines are similarly vacated and will be reset as appropriate.

DATED:  December 21, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE